# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00006-MR-DLH and
# CRIMINAL CASE NO. 1:13-cr-00019-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THOMAS EDWARD EFFLER. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Joint Motion to Continue Final Hearing Re Revocation of Supervised Release and Motion to Consolidate Sentencing Hearings in the Interests of Justice and Judicial Economy" [Doc. 11].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 11] is **ALLOWED**, and the Defendant's final revocation hearing in Criminal Case No. 1:12-cr-00006-MR-DLH shall be consolidated with the sentencing hearing in Criminal Case No. 1:13-cr-00019-MR-DLH. The parties will be notified at a later time of the date of the sentencing hearing.

**IT IS SO ORDERED.**     Signed: May 9, 2013

Martin Reidinger
United States District Judge